# IN RE GROSS.

No. 1035.   Decided March 24, 1969.

*Burton Marks* for appellant.

*Roger Arnebergh, Philip E. Grey,* and *Michael T. Sauer* for the State of California.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

# FEDERAL-BRYANT MACHINERY CO. *v.*
# DEPARTMENT OF REVENUE
# OF ILLINOIS.

No. 1069.   Decided March 24, 1969.

*Harry H. Ruskin* for appellant.

*William J. Scott,* Attorney General of Illinois, and *Francis T. Crowe,* Assistant Attorney General, for appellee.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.